IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSE VELEZ,   Civ. No. 1:19-cv-01489-AA

        Plaintiff,   **ORDER**

  v.

NOHO'S MEDFORD, INC.;
ARA SAHELIAN; DOES 1-10,

        Defendants.

_____

AIKEN, District Judge.

    This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal. ECF No. 27. The Court notes that the motion fails to comply with the conferral requirement of Local Rule 7-1(a). Nevertheless, the Court GRANTS the motion. This case is DISMISSED without prejudice. All pending motions are DENIED as moot and final judgment shall be entered.

    It is so ORDERED and DATED this  24th  day of April 2020.

                        /s/Ann Aiken
                        ANN AIKEN
                        United States District Judge