IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOSE VELEZ, | Civ. No. 1:19-cv-01489-AA |
|         Plaintiff, | **JUDGMENT** |
|    v. | |
| NOHO'S MEDFORD, INC.;<br>ARA SAHELIAN; DOES 1-10, | |
|         Defendants. | |

AIKEN, District Judge.

    For the reasons set forth in the accompanying Order, this case is DISMISSED without prejudice.

    It is so ORDERED and DATED this  24th  day of April 2020.

                                     /s/Ann Aiken
                                     ANN AIKEN
                                   United States District Judge